| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number (if known) | Chapter 7 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Employee Funding of America, LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  EFOA** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3805923** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**1855 Griffin Road, B390**<br>**Dania, FL 33004**<br>Number, Street, City, State & ZIP Code<br><br>**Broward**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.employeefundingofamerica.com** | |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor  **Employee Funding of America, LLC**    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6141__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor  **Employee Funding of America, LLC**  Case number (*if known*)
         Name

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|
| | | ✓ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ✓ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

## Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ✓ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ✓ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>✓ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>✓ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  **Employee Funding of America, LLC**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 16, 2024**
MM / DD / YYYY

X **/s/ Mollie Wander, Esq.**        **Mollie Wander, Esq.**
Signature of authorized representative of debtor        Printed name

Title  **Authorized Signatory of F3EA Holdings, LLC, Sole Member of EFOA**

**18. Signature of attorney**

X **/s/ Jeffrey P. Bast, Esq.**        Date **August 16, 2024**
Signature of attorney for debtor        MM / DD / YYYY

**Jeffrey P. Bast, Esq. 996343**
Printed name

**BAST AMRON LLP**
Firm name

**One Southeast Third Avenue**
**Suite 2410**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone  **305.379.7904**        Email address  **jbast@bastamron.com**

**996343 FL**
Bar number and State

EMPLOYEE FUNDING OF AMERICA, LLC

WRITTEN CONSENT OF THE SOLE MEMBER

AUTHORIZING AND DIRECTING THE FILING FOR BANKRUPTCY LIQUIDATION

August 16, 2024

THE UNDERSIGNED, being the sole member (the "Sole Member") of Employee Funding of America, LLC, a Delaware limited liability company (the "Company"), hereby takes the following actions and adopt the following resolutions by written consent pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware:

WHEREAS, the Company, acting through the Sole Member in accordance with Section 6.1 of the Limited Liability Company Agreement of the Company, has approved the matters contemplated hereby, such resolutions and actions to have the same force and effect as though duly taken and adopted at a meeting of the members duly called and legally held; and

WHEREAS, the Company has insufficient funds to continue satisfying its ongoing obligations; and

WHEREAS, it has been determined that a voluntary chapter 7 bankruptcy filing is in the best interests of the Company and its stakeholders in order to best preserve the Company's assets and ensure an orderly liquidation process; and

WHEREAS, the undersigned agrees to the retention of counsel of Jeffrey P. Bast, Esq., Hunter J. Grasso, Esq., and Bast Amron LLP for the Company to assist the Company in the preparation of said chapter 7 bankruptcy and perform certain other related work as described in the Engagement of Counsel letter dated August 13, 2024; and

NOW THEREFORE, BE IT:

RESOLVED, that the Company file a chapter 7 liquidation under the federal bankruptcy laws, and the Company is hereby authorized and directed to take such action and execute and file such documents as it may deem necessary, desirable or advisable to effectuate the foregoing; and it is further  RESOLVED, that the filing of a voluntary proceeding under Chapter 7 of the United States Bankruptcy Code be and hereby are in all respects approved; and be it further

RESOLVED, that any and all prior actions taken by any one or more of the officers of the Company, in connection with the transactions contemplated by the foregoing resolutions are hereby ratified, confirmed and approved in all respects; and be it further

RESOLVED that any one or more of the officers of the Company are, and each of them hereby is authorized and empowered, in the name and on behalf of

the Company, to execute and file on behalf of the Company all petitions, schedules, statements, lists and other motions, papers or documents, as may be beneficial to the Company, requested by counsel for the Company or as otherwise may be appropriate in connection with the bankruptcy of the Company, and to take any and all action deemed necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company; and it is further

RESOLVED that the employment of the law firm of Bast Amron LLP, as bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including any pleadings and petitions for relief is hereby ratified; and in connection therewith, the execution of the Engagement of Counsel letter dated August 13, 2024, and the payment of appropriate retainers is hereby ratified; and it is further

RESOLVED, that any one or more of the officers of the Company are, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to (i) make, enter into, execute, deliver, file and record any and all future contracts, agreements, consents and other documents and instruments, (ii) pay or cause to be paid any and all fees, taxes and expenses and disburse such other funds of the Company and (iii) take any and all such other actions as any such officer or officers may determine in his, her or their discretion to be necessary or advisable to carry out the terms, provisions, purposes or intent of the foregoing resolutions and the transactions contemplated thereby, the taking of any such action to constitute conclusive evidence of the exercise of such discretionary authority.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned, being the Sole Member of the Company, has executed this Written Consent, as of the date first set forth above.

**SOLE MEMBER:**

F3EA HOLDINGS LLC

*[Electronically Signed 2024-08-16 22:19:29 UTC - 159.250.168.90 — Nintex AssureSign® — 3eeba375-84cb-428a-878a-b1ce016efefc]*

By: Mollie Wander, Esq.
Its: Authorized Signatory

*[Electronically Signed 2024-08-16 22:19:47 UTC - 159.250.168.90 — Nintex AssureSign® — 9a5ea54d-53f2-4bd5-8ccb-b1ce016eff01]*

08/16/2024

00832942.DOCX   [Employee Funding of America, LLC Member Resolution (August 2024)]

```
Citadel SPV LLC
85 Broad Street, 18th Floor
New York, NY 10004


Haymarket Insurance Company
415 Bedford Road, Suite 102
Pleasantville, NY 10570


Hub International
777 SW 37th Avenue, #500
Miami, FL 33135


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
c/o United States Attorney
99 NE 4th Street
Miami, FL 33131


Internal Revenue Service
c/o Attorney General of the U.S.
950 Pennsylvania Avenue, NW #4400
Washington, DC 20530-0001


Internal Revenue Service
7850 SW 6th Court, MS 5180
Fort Lauderdale, FL 33324


Justice Funds, LLC
600 Brickell Avenue, 19th Floor
Miami, FL 33131


Mayer Brown LLP
311 W. Monroe Street, Suite 600
Chicago, IL 60606-9908


The Moor Law Firm
6860 SW 136th Street
Miami, FL 33156
```

```
White Close & Barger LLP
One Riverway, Suite 2200
Houston, TX 77056


Wilmington Savings Fund Society, FSB
500 Delaware Avenue, 11th Floor
Wilmington, DE 19801
```