# United States Bankruptcy Court
## Southern District of Florida

In re  **Employee Funding of America, LLC**  
Debtor(s)

Case No.  
Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Employee Funding of America, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**F3EA Holdings, LLC**  
**1855 Griffin Road, B390**  
**Dania, FL 33004**

☐ None [*Check if applicable*]

**August 16, 2024**  
Date

**/s/ Jeffrey P. Bast, Esq.**  
**Jeffrey P. Bast, Esq. 996343**  
Signature of Attorney or Litigant  
Counsel for  **Employee Funding of America, LLC**  
**BAST AMRON LLP**  
**One Southeast Third Avenue**  
**Suite 2410**  
**Miami, FL 33131**  
**305.379.7904 Fax:786.206.8740**  
**jbast@bastamron.com**