United States Bankruptcy Court

Southern District of Florida

In re:  
Employee Funding of America, LLC  
    Debtor

Case No. 24-18348-PDR  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 2  
Date Rcvd: Aug 19, 2024      Form ID: 309D      Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Employee Funding of America, LLC, 1855 Griffin Road, B390, Dania, FL 33004-2246 |
| 97565361 | + | Citadel SPV LLC, 85 Broad Street, 18th Floor, New York, NY 10004-2783 |
| 97565362 | + | Haymarket Insurance Company, 415 Bedford Road, Suite 102, Pleasantville, NY 10570-3014 |
| 97565363 | + | Hub International, 777 SW 37th Avenue, #500, Miami, FL 33135-4124 |
| 97565368 | + | Justice Funds, LLC, 600 Brickell Avenue, 19th Floor, Miami, FL 33131-3067 |
| 97565369 | + | Mayer Brown LLP, 311 W. Monroe Street, Suite 600, Chicago, IL 60606-4660 |
| 97565370 | + | The Moor Law Firm, 6860 SW 136th Street, Miami, FL 33156-6969 |
| 97565371 | + | White Close & Barger LLP, One Riverway, Suite 2200, Houston, TX 77056-1981 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jbast@bastamron.com | Aug 19 2024 22:51:00 | Jeffrey P. Bast, Esq., Bast Amron LLP, One Se Third Ave, Suite 2410, Miami, FL 33131 |
| tr | + | EDI: FMPBARMAT.COM | Aug 20 2024 02:31:00 | Marc P Barmat, www.barmattrustee.com, 2255 Glades Rd Suite 419A, Boca Raton, FL 33431-7379 |
| smg | + | Email/Text: swulfekuhle@broward.org | Aug 19 2024 22:52:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | EDI: FLDEPREV.COM | Aug 20 2024 02:31:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Aug 19 2024 22:54:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 97565367 | + | EDI: IRS.COM | Aug 20 2024 02:31:00 | Internal Revenue Service, 7850 SW 6th Court, MS 5180, Fort Lauderdale, FL 33324-3210 |
| 97565372 | + | Email/Text: Bankruptcy@wsfsbank.com | Aug 19 2024 22:54:00 | Wilmington Savings Fund Society, FSB, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| 97565366 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, c/o Attorney General of the U.S., 950 Pennsylvania Avenue, NW #4400, Washington, DC 20530-0001 |
| 97565365 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, c/o United States Attorney, 99 NE 4th Street, Miami, FL 33131 |

District/off: 113C-0          User: admin          Page 2 of 2
Date Rcvd: Aug 19, 2024          Form ID: 309D          Total Noticed: 15

97565364     *     Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2024          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeffrey P. Bast, Esq. | on behalf of Debtor Employee Funding of America LLC jbast@bastamron.com, jmiranda@bastamron.com;mdesvergunat@bastamron.com;kszolis@bastamron.com |
| Marc P Barmat | barmat.trustee@furrcohen.com mpb@trustesolutions.net |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor: Employee Funding of America, LLC<br>Name | EIN: 46–3805923 | |
| United States Bankruptcy Court  Southern District of Florida | Date case filed for chapter: 7   8/16/24 | |
| Case number: 24–18348–PDR | | |

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

**WARNING TO DEBTOR:** WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.

| | | | |
|---|---|---|---|
| 1. | **Debtor's Full Name** | Employee Funding of America, LLC | |
| 2. | **All Other Names Used in the Last 8 Years** | dba EFOA | |
| 3. | **Address** | 1855 Griffin Road, B390<br>Dania, FL 33004 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Jeffrey P. Bast Esq.<br>Bast Amron LLP<br>One Se Third Ave<br>Suite 2410<br>Miami, FL 33131 | Contact phone 305–379–7904 |
| 5. | **Bankruptcy Trustee**<br>Name and address | Marc P Barmat<br>www.barmattrustee.com<br>2255 Glades Rd Suite 419A<br>Boca Raton, FL 33431 | Contact phone 561–395–0500 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Federal Building<br>299 E Broward Blvd, Room 112<br>Ft Lauderdale FL 33301 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (954) 769–5700 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card). | | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings.<br><br>Clerk of Court: **Joseph Falzone**<br>Dated: **8/19/24** |
| 7. | ***MEETING OF CREDITORS***<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | September 17, 2024 at 10:30 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY VIDEO CONFERENCE***<br><br>**Go to www.Zoom.us, click on JOIN or call (561) 710–6887, Enter Meeting ID 999 510 4065, and Passcode 1580318077**<br>For additional meeting information visit: www.justice.gov/ust/moc |

| Debtor | **Employee Funding of America, LLC** | Case number **24–18348–PDR** |
|---|---|---|

| | | | |
|---|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.<br><br>**When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>**Deadlines for Filing Proof of Claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.flsb.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. If this is a converted case proofs of claim filed under the initial chapter shall be deemed filed and need not be refiled.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | **Filing deadline: 10/25/24**<br><br>**Filing deadline: 2/12/25** |
| 9. | **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. | **Liquidation of the Debtor's Property and Payment of Creditors' Claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |
| 11. | **Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| 12. | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 13. | **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |