United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 24-18348-PDR
Employee Funding of America, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: admin      Page 1 of 1
Date Rcvd: Aug 19, 2024      Form ID: CGFI2      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**

**Recip ID**      **Recipient Name and Address**
db      + Employee Funding of America, LLC, 1855 Griffin Road, B390, Dania, FL 33004-2246

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffrey P. Bast, Esq. | on behalf of Debtor Employee Funding of America LLC jbast@bastamron.com, jmiranda@bastamron.com;mdesvergunat@bastamron.com;kszolis@bastamron.com;jheredia@bastamron.com |
| Marc P Barmat | barmat.trustee@furrcohen.com mpb@trustesolutions.net |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 3

CGFI2 (06/27/22)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 24−18348−PDR

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Employee Funding of America, LLC
dba EFOA

1855 Griffin Road, B390
Dania, FL 33004
EIN: 46−3805923

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **August 16, 2024**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
**Deadline to correct deficiency: 8/30/24**

- Official Bankruptcy Form 206Sum, Summary of Your Assets and Liabilities − Non−Individual
- Official Bankruptcy Form 206A/B, Schedule A/B: Property − Non−Individual
- Official Bankruptcy Form 206D, Schedule D: Creditors who Hold Claims Secured By Property − Non−Individual
- Official Bankruptcy Form 206E/F, Schedule E/F: Creditors Who Have Unsecured Claims − Non−Individual
- Official Bankruptcy Form 206G, Schedule G: Executory Contracts and Unexpired Leases − Non−Individual
- Official Bankruptcy Form 206H, Schedule H: Your Codebtors − Non−Individual

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form 202, Declaration Under Penalty of Perjury for Non−Individual Debtors) was not filed or was not signed. See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D).
**Deadline to correct deficiency: 8/30/24**

- ☒ Declaration not filed
- ☐ Declaration not signed
- ☒ Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form 207 Statement of Your Financial Affairs) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 8/30/24**

- ☒ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Please also be advised of the following local requirement(s):**

**Correcting any deficiency related to filing of petitions, schedules, statements or lists.** The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF−04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:** 8/19/24                                                                                        **CLERK OF COURT**

                                                                                                          By: Melissa Wilson , Deputy Clerk

*Copies to:*    *Debtor*
                    *Attorney for Debtor*