

ORDERED in the Southern District of Florida on October 1, 2024.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 24-18348-PDR |
| EMPLOYEE FUNDING OF AMERICA, LLC, | Chapter 7 |
| Debtor. | |
| _____/ | |

### ORDER DISMISSING CHAPTER 7 BANKRUPTCY CASE

This matter came before the Court on the motion (the "Motion") of Haymarket Insurance Company for entry of an order (this "Order") dismissing the Chapter 7 bankruptcy case of Employee Funding of America, LLC [Docket No. 7], and the Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157, 1334(b), and venue being proper in this District pursuant to 28 U.S.C. §§ 1408, 1409, and notice of the Motion being proper and no other or further notice being necessary, and upon consideration of the Motion, argument of counsel, the record of this case, applicable law, and for the reasons rendered orally at the September 26, 2024 hearing on the Motion:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that:

1. The Motion is **GRANTED** in its entirety.

2. The Chapter 7 bankruptcy case of Employee Funding of America, LLC, is dismissed without prejudice.

3. This Court retains jurisdiction to interpret, implement, and enforce this Order.

4. Counsel for Haymarket Insurance Company is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.

###

Submitted by:

**GOLDSTEIN & MCCLINTOCK LLLP**
Amrit S. Kapai, Esq. (Fla. Bar No. 1032794)
777 Brickell Avenue, Suite 500
Miami, FL 33131
Telephone: (305) 204-6666
amritk@goldmclaw.com