**CGFD32** (10/01/16)



**ORDERED in the Southern District of Florida on October 3, 2024**



**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 24−18348−PDR**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Employee Funding of America, LLC
dba EFOA

1855 Griffin Road, B390
Dania, FL 33004

EIN: 46−3805923

## ORDER DISCHARGING CHAPTER TRUSTEE

An order converting this case to chapter 7 was entered in this case. , the chapter trustee, having filed a final report, is discharged.

*# # #*